JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN ALEXANDER GOODE, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-02738-JDE <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: December 27, 2023

_____
JOHN D. EARLY
United States Magistrate Judge